# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2678

_____

United States of America,

        Appellee,

v.

Pamela K. Robbins, also known as
Kim Robbins,

        Appellant.

\*
\*
\* 
\*   Appeal from the United States
\*   District Court for the
\*   District of Nebraska.
\*
\*     [UNPUBLISHED]
\*
\*

_____

Submitted: November 3, 1999
Filed: November 8, 1999

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Pamela Robbins pleaded guilty to one count of conspiring to distribute and possess with intent to distribute amphetamine and methamphetamine, in violation of 21 U.S.C. § 846. She filed a downward-departure motion under U.S. Sentencing Guidelines Manual § 5K2.0, p.s. (1997), contending that both she and her husband had cooperated jointly with the government, but the government had moved for a substantial-assistance downward-departure only for her husband, and that this circumstance took her case outside the heartland of cases contemplated by the

Sentencing Commission. The district court[1] denied her motion and sentenced her to 46 months imprisonment and 5 years supervised release. Robbins appeals, arguing that the court abused its discretion in denying her downward-departure motion.

Robbins concedes that the district court recognized its authority to depart downward, but declined to do so, and she does not allege that the court acted with an unconstitutional motive. Accordingly, the denial of her downward-departure motion is unreviewable. See United States v. Johnson, 169 F.3d 569, 573 (8th Cir. 1999) (district court's discretionary decision not to depart downward is reviewable only if court acted with unconstitutional motive or believed it lacked authority to depart).

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.